**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Thomas Taylor Pearce
    Jenifer Marie Pearce a/k/a Jenifer Marie
Miller, a/k/a Jenifer Marie Emkey
          Debtor(s)

BK NO. 23-01995 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
25 Sep 2023, 14:33:31, EDT

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322