# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| Thomas Taylor Pearce | | **Chapter:** | **13** |
| | **Debtor 1** | **Case No.:** | **1:23-bk-01995-HWV** |
| Jenifer Marie Pearce | | | |
| aka Jenifer Marie Miller | | | |
| aka Jenifer Marie Emkey | | | |
| | **Debtor 2** | | |

## ORDER

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the case of the above named Debtors is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 23, 2023