# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 10/23/2023 |
| Case: 1:23−bk−01995−HWV | Form ID: pdf010 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Denise E. Carlon | bkgroup@kmllawgroup.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Thomas Taylor Pearce | 878 Joy Dr | Greencastle, PA 17225 | |
| jdb | Jenifer Marie Pearce | 878 Joy Dr | Greencastle, PA 17225 | |
| 5572395 | MidFirst Bank | 999 NorthWest Grand Boulevard | Oklahoma City, OK 73118 | |
| 5564043 | Midland Mortgage | PO Box 268806 | Oklahoma City, OK 73126−8806 | |
| 5565164 | U.S. Department of Housing and Urban Development | 12th Floor 801 Market Street | Philadelphia, PA 19107 | |
| 5570222 | Wellspan Health | P O Box 15119 | YORK, PA 17404−7119 | |

TOTAL: 6